Court of Appeals No.
Trial Court Cause No.  15-05-0240-CVW
In the 81st/218th Judicial District Court
Of Wilson County, Texas
Honorable Russell Wilson, Judge Presiding

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/4/2015 3:00:18 PM
KEITH E. HOTTLE
Clerk

Elgin Tracy, Adolph Tracy & Travis Morgan, Appellants

Vs

Edward W. Chamrad, Jr., Appellee

Appealed to the 4th Court of Appeals at San Antonio, Texas

<u>Attorneys for Appellants:</u>
R. Adam Swick
SBOT: 24051794
1301 S. Capital of Texas Highway
Building C, Suite 300
Austin, TX  78746

Trent C. Rowell
SBOT: 50511930
P.O. Box 457
Stockdale, TX  78160

<u>Attorney for Appellee</u>
Ryan C. Reed
SBOT: 24065957
2161 NW Military Highway
Suite 400
San Antonio, TX  78213

Electronically filed with the Court of Appeals in San Antonio, Texas on the __4th__ day of August, 2015.

Signature of Clerk/Deputy___/s/Paula M. Krueger_____
Deborah Bryan, District Clerk

CAUSE NO. 15-05-0240-CVW

| | | |
|---|---|---|
| ELGIN TRACY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 218TH JUDICIAL DISTRICT |
| | § | |
| EDWARD W. CHAMRAD, JR., | § | |
| | § | |
| Defendant. | § | WILSON COUNTY, TEXAS |

## NOTICE OF APPEAL

Notice is hereby given that Elgin Tracy, Adolf Tracy, and Travis Morgan (collectively, the "**Appealing Parties**"), seek an appeal as follows:

1.     On July 17, 2015, the Court signed an Order Granting Edward W. Chamrad, Jr.'s Application for Temporary Injunction (the "**Order**"). The Appealing Parties appeal this Order.

2.     The Appealing Parties seek an appeal of this Order pursuant to Texas Civil Practice and Remedies Code § 51.014(a)(4).

3.     The Appealing Parties appeal to the Fourth Court of Appeals—San Antonio.

4.     The Notice of Appeal is filed within 20 days of the date the Court signed the Order.

**Dated:** July 31, 2015

Respectfully submitted,

*/s/ R. Adam Swick*
R. Adam Swick (Bar No. 24051794)
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746

NOTICE OF APPEAL                                                                        Page 1

T: (512) 647-6100
F: (512) 647-6129
rswick@rctlegal.com

*Counsel for Elgin Tracy, Adolph Tracy, and
Travis Morgan*

and

*/s/ Trent C. Rowell*
Trent C. Rowell (Bar No. 50511930)
P.O. Box 457
Stockdale, Texas 78160
T: (830) 996-1611
F: (830) 996-1644

*Counsel for Elgin Tracy, Adolph Tracy, Jim
Tracy, and Travis Morgan*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on July 31, 2015, via email and facsimile, to all counsel of record:

Randall A. Pulman
Ryan C. Reed
Pulman, Cappuccio, Pullen, Benson & Jones, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
rpulman@pulmanlaw.com
rreed@pulmanlaw.com
F: 210-892-1610

Bradley W. Cole
Counsel to Riviera Finance LLC and Riviera Finance of Texas, Inc.
507 N. Sam Houston Parkway, Suite 296
Houston, Texas 77060
brad@bwc-law.net
F: 281-966-1686

*/s/ R. Adam Swick*

CAUSE NO. 15-05-0240-CVW

| ELGIN TRACY, | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | 218TH JUDICIAL DISTRICT |
| | § | |
| EDWARD W. CHAMRAD, JR., | § | |
| | § | |
| DEFENDANT | § | WILSON COUNTY, TEXAS |

CAUSE NO. 15-05-0244-CVW

| EDWARD W. CHAMRAD JR. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| V. | § | 218th JUDICIAL DISTRICT |
| | § | |
| ELGIN TRACY, ADOLPH TRACY, AND JIM TRACY | § | |
| DEFENDANTS | § | WILSON COUNTY, TEXAS |

## ORDER GRANTING EDWARD W. CHAMRAD, JR.'S APPLICATION FOR TEMPORARY INJUNCTION

On July 14, 2015, came on for consideration the Application for Temporary Injunction ("Application") of Edward W. Chamrad Jr. ("Chamrad"). After considering the Application, reviewing the pleadings on file, taking judicial notice of the contents of the case file for each of the above-captioned cases, admitting and considering the evidence, and hearing the arguments of counsel, the Court is of the opinion that a Temporary Injunction should be **GRANTED**.

The Court **FINDS** that:

1. Chamrad seeks permanent relief in the form of damages and a declaratory judgment in connection with his causes of action for conversion and declaratory judgment.

2. Chamrad, through the facts alleged in his Original Petition and his Application for Temporary Restraining Order and Temporary Injunction, has demonstrated a probable right to

relief on his causes of action because the conduct alleged amounts to conversion and the evidence offered demonstrates that Chamrad is the sole shareholder of CIOS.

3.     Plaintiff has demonstrated that he will suffer an imminent, irreparable injury in that he will lose control over the business and property of CIOS and that the customer relationships and goodwill of CIOS will be interfered with if the Court does not grant his Application. Monetary damages are not capable of calculation and will not adequately compensate Plaintiff for the injuries Defendants are causing him and CIOS.

4.     This Temporary Injunction will preserve the status quo pending the opportunity for a trial on the merits. It is, therefore

**ORDERED** that while this Temporary Injunction is in effect, Elgin Tracy, Adolph Tracy, and Jim Tracy, and any person acting in concert with them including but not limited to Travis Morgan, are hereby **ENJOINED** from:

a.   Accessing the business premises of Cypress Industries Oilfield Services, Inc. ("CIOS") located at 121 South Park, La Vernia, Texas 78121, or any other business premises of CIOS wherever they may be located.

b.   Accessing, utilizing, possessing, or exerting dominion or control over any property of CIOS, including but not limited to: vehicles (including the company truck Elgin drives); equipment; tools; furniture; office supplies; money; accounts; inventory; receivables; books and records; invoices; work orders; service requests; payroll records; accounting records; other business paperwork (including paper and electronic copies); keys and remotes to vehicles, offices, jobsites, and CIOS business premises; access cards; ~~passwords; and any~~ other financial records and access information.

c.   Contacting any current or former client or customer of CIOS set forth on the list attached to Plaintiff's Application as Exhibit 1-5 regarding the business or property of CIOS.

d.   Soliciting any current or former client or customer of CIOS set forth on the list attached to Plaintiff's Application as Exhibit 1-5 for the performance of services similar to those offered by CIOS.

e.   Contacting any vendor of CIOS set forth on the list attached to Plaintiff's Application as Exhibit 1-6 regarding the business, property, or account of CIOS.

f.   Contacting any financial, lending, or leasing institution of CIOS regarding the business or property of CIOS.

*attached hereto or annexed*

MP RW

g. Collecting or receiving any money or property owing or belonging to CIOS.

h. Interfering with or preventing Chamrad, or his agents and employees including but not limited to Chris Tilton and Jason Austin, from accessing any property of CIOS.

i. Interfering with the operations of CIOS.

j. Interfering with the management or control of CIOS.

k. Interfering with the relocation of the business of CIOS.

l. ~~Making disparaging remarks regarding Chamrad or CIOS, including but not limited to any statements regarding the abilities or financial condition of CIOS.~~ *RW*

It is further

**ORDERED** that while this Temporary Injunction is in effect, Elgin Tracy, Adolph Tracy, and Jim Tracy, and any person acting in concert with them including but not limited to Travis Morgan, are hereby **COMPELLED** to:

a. Direct all questions, inquiries, requests, and/or remarks regarding CIOS to Chamrad.

b. Cooperate with Chamrad for the purpose of providing him access to any property or account of CIOS. *at 161 South Park, LaVernia, TX 78161, on or before noon, July 20, 2015. RW*

c. Deliver to Chamrad all property of CIOS in the possession of any Defendant of any person acting in concert therewith, including Travis Morgan, including but not limited to vehicles (including the company truck Elgin drives); equipment; tools; furniture; office supplies; money; accounts; inventory; receivables; books and records; invoices; work orders; service requests; payroll records; accounting records; other business paperwork (including paper and electronic copies); keys and remotes to vehicles, offices, jobsites, and CIOS business premises; access cards; passwords; and any other financial records and access information.

**ORDERED** that the $2,500.00 bond Chamrad posted in conjunction with this Court's Temporary Restraining Order remains a sufficient bond for this Temporary Injunction, and no further bond is required. It is further

**ORDERED** that the parties shall appear on *Jan 25*, 2016, at 9:00 a.m. before the 218th Judicial District Court for a trial on the merits of the above-captioned cases. It is further

**ORDERED** that the Clerk of the Court is hereby directed to issue a writ of injunction in conformity with the terms of this Temporary Injunction. It is further

– 3 –

**ORDERED** that the Temporary Injunction shall remain in full force and effect through the trial on the merits of this case, unless the term(s) of the Temporary Injunction are extended, modified, or eliminated by order or agreement.

**SIGNED** and **ENTERED** this **17** day of July, 2015.

_____
DISTRICT JUDGE

FILED FOR RECORD
WILSON COUNTY, TEXAS
2015 JUL 17 PM 2:03

DEBORAH BRYAN
DISTRICT CLERK
BY _____
DEPUTY

**APPROVED, AGREED TO AND ENTRY REQUESTED:**

**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON & JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile


By: */s/ Ryan C. Reed*
     Randall A. Pulman
     Texas State Bar No. 16393250
     rpulman@pulmanlaw.com
     Ryan C. Reed
     Texas State Bar No. 24065957
     rreed@pulmanlaw.com

**ATTORNEYS FOR EDWARD W. CHAMRAD, JR.**


**APPROVED AS TO FORM:**

**LAW OFFICE OF TRENT C. ROWELL**
P.O. Box 457
Stockdale, Texas 78160
(830) 996-1611 Telephone
(830) 996-1644 Facsimile

By: _____
     Trent C. Rowell
     Texas State Bar No. 50511930
     lawofficeoftrentrowell@gmail.com

**ATTORNEY FOR ELGIN TRACY, ADOLPH TRACY,**
**JIM TRACY, AND TRAVIS MORGAN**